Joshua W. Potter, SBN: 101253
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
jpotter@pottercohenlaw.com

Attorneys for Plaintiff,
CYNTHIA CONNITA VAN BUREN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CYNTHIA CONNITA VAN BUREN,  )<br>                                                     )<br>             Plaintiff,                           )<br>                                                     )<br>     vs.                                            )<br>                                                     )<br>CAROLYN W. COLVIN, Acting     )<br>Commissioner of Social Security    )<br>Administration,                               )<br>                                                     )<br>             Defendant                        )<br>_____ ) | **Case No.:  CV 15-8377 PLA**<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $4,000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. **Plaintiff's Motion for Award of Attorney Fees Under**

/
/
/

-1-

**the Equal Access to Justice Act, filed on November 15, 2016 (ECF No. 23), is denied as moot.**

Date:  November 23, 2016

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE